UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Claudio Lavezzare,                                    **DOCKET NO. 07 cv 3542**
                                                                    **(LAK)**

                    Plaintiff,

          - against -                                      **NOTICE OF APPEARANCE**

First Hungarian Congregation Ohab
Zedek,

                    Defendant.

------------------------------------x


**PLEASE TAKE NOTICE**, that The Dweck Law Firm, LLP, by H.P. Sean

Dweck, hereby appears in this proceeding as counsel for the

Defendant.

        Please forward all notices and communications to the

undersigned.

Dated:      New York, New York
            June 14, 2007

                                          Yours, etc.,

                                          THE DWECK LAW FIRM, LLP
                                          Attorneys for Defendant

                                          By: _____
                                                H. P. Sean Dweck (HPSD 4187)
                                                75 Rockefeller Plaza
                                                New York, New York 10019
                                                (212) 687-8200


TO:   Michael Faillace & Associates
      Attorneys for Plaintiff
      110 East 59th Street
      New York, New York 10022
      (212) 317-1200