06/14/2007  19:56   9146660756                          DWECK                                    PAGE  01
  JUN-14-2007 18:05 From:
                                                    To:9146660756                          ≈.2.3

# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor
New York, New York 10022
_____

Faillace@employmentcompliance.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLAUDIO LAVEZZARE,

                 *Plaintiff,*

       -against-

FIRST HUNGARIAN CONGREGATION
OHAB ZEDEK,

                 *Defendant.*
-----------------------------------------------------------X

07 CV 3542

STIPULATION

ECF Case

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendant that:

1.   Defendants will answer, move, or otherwise respond on or before   6/29/07

2.   No additional parties may be joined after – 9/30/07

3.   No amendments to the pleadings will be permitted after – 9/30/07

4.   The parties shall make required Rule 26(a)(2) disclosures with respect o.
    a.   Expert witnesses on or before – 10/26/07
    b.   Rebuttal expert witnesses on or before – 11/19/07

5   All discovery, including depositions of experts, to be completed on or before 12/31/07

6.   A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before – 1/14/08

*Certified as a minority-owned business in the State of New York*

Page 2

Dated: New York, New York
       June 14, 2007


Michael Faillace                        Sean Dweck

*Michael Faillace*                      *[signature]*

Michael Faillace & Associates PC        Dweck Law Firm LLC
110 E. 59ᵗʰ Street, 32ⁿᵈ Floor          75 Rockefeller Plaza, 16th Floor
New York, New York 10022                New York, New York 10019
(212) 317-1200                          (212) 687-8200
*Counsel for Plaintiff*                 *Counsel for Defendant*


                                        SO ORDERED:

                                        *[signature]*
                                        U.S.D.J.

                                        6/18/07