```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CLAUDIO LAVEZZARE,

                    Plaintiff,
                                            07 CV 3542 (LAK)
     - against -
                                            **NOTICE OF MOTION**
FIRST HUNGARIAN CONGREGATION                **TO DISMISS COMPLAINT**
OHAB ZEDEK,

                    Defendant.
------------------------------------X
```

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, and the declaration of H.P. Sean Dweck both dated July 5, 2007, the Defendant will move before this Court at the United States Court House, 500 Pearl Street, New York, New York 10007 on the ____ day of _____, 2007 or soon thereafter as counsel can be heard, for an Order pursuant to Rule 12 (b) (6) of the Federal Rules of Civil procedure: (1) dismissing Plaintiffs Complaint; or in the alternative (2) dismissing Plaintiffs claims to the extent that Plaintiff seeks damages under the FLSA accruing prior to two years from the filing of the complaint (or at most three years if any violations are ultimately deemed "willful" by a trier of fact); and (3) dismissing Plaintiffs claims to the extent Plaintiff seeks damages under the New York Labor Law accruing prior to six years from the filing of the complaint; and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       July 5, 2007

                              Respectfully Submitted,
                              THE DWECK LAW FIRM, LLP

                              By: _____
                                  H.P. SEAN DWECK (HPSD-4187)
                                  Attorneys for Defendant

                              75 Rockefeller Plaza, 16th Floor
                              New York, New York 10019
                              (212) 687-8200

TO:
MICHAEL FAILLACE, ESQ.
Michael Faillace & Associates P.C.
Attorneys for Plaintiff
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200