UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
CLAUDIO LAVEZZARE,

                    Plaintiff,

                                        07 CV 3542 (LAK)

        - against -

                                        **Declaration of
                                        H.P. Sean Dweck, Esq.**

FIRST HUNGARIAN CONGREGATION
OHAB ZEDEK,                             ECF Case

                    Defendants.
---------------------------------X

    H.P. Sean Dweck, pursuant to 28 USC §1746, declares under penalty of perjury that the following is true and correct:

    1.  I am an attorney admitted to practice before the State and Federal Courts of the State of New York

    2.  I am a member of The Dweck Law Firm LLP, attorney of record for the Defendant in this action.

    3.  I submit this Declaration in support of Defendant's Motion to dismiss the complaint pursuant to Federal rules of Civil Procedure 12(b)(6).

    4.  Attached hereto is Exhibit "A" is, upon information and believe, a true and accurate copy of the complaint filed in this Court on May 3, 2007

Dated:   New York, New York
         July    5  , 2007

                                        _____
                                        H.P. Sean Dweck, Esq.
                                        (HPSD-4187)