AUG-14-2007 14:43 From: To:2125972521B P.1/1

KAPLAN,5,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CLAUDIO LAVEZZARE,

                Plaintiff,            07 CV 3542 (LAK)

      -against-                  STIPULATION

FIRST HUNGARIAN CONGREGATION
OHAB ZEDEK,
                Defendant.
-------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

    1.    The time for Plaintiff Claudio Lavezzare to submit opposition papers to the Defendant's Motion to Dismiss the Complaint in this action is extended through and including September 11, 2007;

    2.    Time for Defendant First Hungarian Congregation Ohab Zedek to submit reply papers shall be September 25, 2007;

    3.    For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

Dated: New York, New York
       August 14, 2007

MICHAEL FAILLACE & ASSOCIATES, P.C.

*Michael Faillace*
Michael Faillace
110 E. 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Counsel for Plaintiff*

DWECK LAW FIRM, LLC

*Sean Dweck*
Sean Dweck
75 Rockefeller Plaza, 16th Floor
New York, New York 10019
(212) 687-8200
*Counsel for Defendant*

SO ORDERED: 8/21/07

_____
U.S.D.J.

PART I