SEP-05-2007 13:07 From:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLAUDIO LAVEZZARE,

                Plaintiff,          07 CV 3542

      -against-                STIPULATION

FIRST HUNGARIAN CONGREGATION
OHAB ZEDEK,
                Defendant.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

    1.  Time for Plaintiff Claudio Lavezzare to submit opposition papers to the Defendant's Motion to Dismiss the Complaint in this action is extended through and including September 28, 2007;

    2.  Time for Defendant First Hungarian Congregation Ohab Zedek to submit reply papers shall be October 12, 2007;

    3.  For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

Dated: New York, New York
       September 5, 2007

MICHAEL FAILLACE & ASSOCIATES, P.C.

_____
Michael Faillace
110 E. 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
Counsel for Plaintiff

DWECK LAW FIRM LLP

_____
Sean Dweck
75 Rockefeller Plaza, 16th Floor
New York, New York 10019
(212) 687-8200
Counsel for Defendant

SO ORDERED:

_____
U.S.D.J.
9/6/07