UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CLAUDIO LAVEZZARE,

                *Plaintiff*,

    -against-

FIRST HUNGARIAN CONGREGATION
OHAB ZEDEK,

                *Defendant.*
--------------------------------------------------------X

07 CV 3542 (LAK)(AJP)

DECLARATION OF
MICHAEL FAILLACE, ESQ.
IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS

MICHAEL FAILLACE declares as follows:

1. I am an attorney admitted to practice before the State and Federal Courts located in the State of New York.

2. I am a member of the law firm of Michael Faillace & Associates, P.C., attorneys for Plaintiff in the above-referenced matter, and submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the Complaint in the above-referenced matter.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 28, 2007

                                                         /s/
                                           Michael Faillace [MF-8436]