UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CLAUDIO LAVEZZARE,
                Plaintiff,

                              07 CV 3542

- against -

                              **Stipulation**

FIRST HUNGARIAN CONGREGATION
OHAB ZEDEK,                          ECF Case
                Defendant.
----------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendant that:

       1.   Defendant First Hungarian Congregation Ohab Zedek's time to submit reply papers to its Motion to Dismiss the Complaint shall be extended to October 26, 2007.

       2.   For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

Dated: New York, New York
       October 10, 2007

                                      THE DWECK LAW FIRM, LLP
                                      Attorneys for Defendant

                                      By: _____
                                         H.P. Jean Dweck

                                      75 Rockefeller Plaza, 16th Floor
                                      New York, New York 10019
                                      (212) 687-8200

MICHAEL FAILLACE & ASSOCIATES, PC
Attorneys for Plaintiff

By: _____
     Michael Faillace

110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200