FEB-27-2008 15:50 From:    To:21269725210



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
CLAUDIO LAVEZZARE,

        Plaintiff,

  -against-

FIRST HUNGARIAN CONGREGATION OHAB
ZEDEK,

        Defendant.
-------------------------------x

07 CV 3542 (LAK)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties to the above-captioned action, that all claims are hereby dismissed with prejudice, all parties to bear their own costs, including attorney's fees.

Dated:  New York, New York
       February 27, 2008

The Dweck Law Firm, LLP

By: _____
H.P. Sean Dweck
Attorneys for Defendant
75 Rockefeller Plaza
16th Floor
New York, New York 10019
212-687-8200

MICHAEL FAILLACE & ASSOCIATES

By: _____
Michael Faillace
Attorneys for Plaintiff
110 East 59th Street
32nd Floor
New York, New York 10022
212-317-1200

SO ORDERED:

_____
U.S.D.J.
3/5/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 3/5/08

S:\Secretary 2\Client Docs\First Hungarian Congregation\stipulation & order of dismissal 2-27-2008.doc